**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MICHAELS, RONALD PAUL　　　　　　　§　Case No. 10-70673
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $788,071.00<br>*(without deducting any secured claims)* | Assets Exempt:  $303,166.00 |
| Total Distribution to Claimants: $28,026.68 | Claims Discharged<br>Without Payment: $2,021,391.85 |
| Total Expenses of Administration: $9,663.93 | |

　　　3)  Total gross receipts of $    40,140.61    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $    2,450.00    (see **Exhibit 2**), yielded net receipts of $37,690.61
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $365,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,663.93 | 9,663.93 | 9,663.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,049,418.53 | 2,049,418.53 | 28,026.68 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,424,082.46 | $2,059,082.46 | $37,690.61 |

4) This case was originally filed under Chapter 7 on February 17, 2010. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2011          By: /s/JOSEPH D. OLSEN
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance - Whole Life Policy Northwestern | 1129-000 | 35,238.20 |
| Possible 2009 tax refund 2009 tax return has not | 1129-000 | 4,893.00 |
| Interest Income | 1270-000 | 9.41 |
| **TOTAL GROSS RECEIPTS** | | **$40,140.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ronald P. Michaels | Debtor's exemption on life insur. | 8100-002 | 2,450.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,450.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Resource Bank | 4110-000 | N/A | 365,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$365,000.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,519.06 | 4,519.06 | 4,519.06 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 38.04 | 38.04 | 38.04 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,645.00 | 1,645.00 | 1,645.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 35.83 | 35.83 | 35.83 |
| United States Treasury | 2810-000 | N/A | 1,932.00 | 1,932.00 | 1,932.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 694.00 | 694.00 | 694.00 |
| Benning Group, LLP | 3410-000 | N/A | 800.00 | 800.00 | 800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,663.93 | 9,663.93 | 9,663.93 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U S Small Business Administration | 7100-000 | N/A | 897,770.10 | 897,770.10 | 12,277.39 |
| 2U | Resource Bank | 7100-000 | N/A | 1,151,648.43 | 1,151,648.43 | 15,749.29 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 2,049,418.53 | 2,049,418.53 | 28,026.68 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70673  
**Case Name:** MICHAELS, RONALD PAUL  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/17/10 (f)  
**§341(a) Meeting Date:** 03/25/10  

**Period Ending:** 04/18/11  
**Claims Bar Date:** 07/09/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence - Single Family 590 Prairie View Lane, | 232,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account Fifth Third Bank 2707 Sycamore | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Money Market Account Wells Fargo 401 S. Tryon St | 450.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous Household Goods and Furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Life Insurance - Whole Life Policy Northwestern | 32,956.00 | 32,000.00 | | 35,238.20 | FA |
| 7 | IRA Wells Fargo 1981 West Downer Place Aurora, I | 10,680.00 | 0.00 | DA | 0.00 | FA |
| 8 | IRA Oppenheimer Funds P.O. Box 5270 Denver, CO 8 | 25,036.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA Ameriprise 70100 Ameriprise Financial Center | 246,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 33 1/3% of the common stock of Michaels Bros. Su | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Stock Account PrimeVest Financial Services P.O. | 268,105.00 | 0.00 | DA | 0.00 | FA |
| 12 | 33 1/3% interest as a member of Michaels Brother | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 33% interest as a limited partner in The Hinckle | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Possible 2009 tax refund 2009 tax return has not | Unknown | Unknown | | 4,893.00 | FA |
| 15 | 2001 Chevrolet S10 Pickup Short Bed (74,000 mile | 1,950.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2001 Chevrolet Impala (68,000 miles) | 1,350.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1997 Honda Shadow 1100 Motorcycle (4,800 miles) | 900.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.41 | FA |
| 18 | Assets Totals (Excluding unknown values) | $821,027.00 | $32,000.00 | | $40,140.61 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2010   **Current Projected Date Of Final Report (TFR):** December 13, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-70673  
**Case Name:** MICHAELS, RONALD PAUL  

**Taxpayer ID #:** **-***0697  
**Period Ending:** 04/18/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/10 | {14} | Ronald Michaels | 09 federal & state income tax refund | 1129-000 | 4,893.00 | | 4,893.00 |
| 05/17/10 | {6} | Northwestern Mutual | surrender of policy | 1129-000 | 35,238.20 | | 40,131.20 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.13 | | 40,132.33 |
| 06/04/10 | | To Account #9200******3566 | Payment of bond premium | 9999-000 | | 33.27 | 40,099.06 |
| 06/08/10 | | To Account #9200******3566 | balance of bond premium | 9999-000 | | 2.56 | 40,096.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.31 | | 40,098.81 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.38 | | 40,101.19 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.38 | | 40,103.57 |
| 09/08/10 | | To Account #9200******3566 | Pay 7/3/10 year end fiduciary taxes | 9999-000 | | 2,626.00 | 37,477.57 |
| 09/08/10 | | To Account #9200******3566 | Pay Accountant fees | 9999-000 | | 800.00 | 36,677.57 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,677.87 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 36,678.18 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,678.48 |
| 12/15/10 | | To Account #9200******3566 | | 9999-000 | | 2,450.00 | 34,228.48 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 34,228.78 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,229.07 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 34,229.33 |
| 03/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 34,229.33 |
| 03/01/11 | | To Account #9200******3566 | Distribution of checks pursuant to F. Rpt | 9999-000 | | 34,229.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,141.16 | 40,141.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,141.16 | |
| | | | **Subtotal** | | 40,141.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,141.16** | **$0.00** | |

{} Asset reference(s)

Printed: 04/18/2011 03:32 PM    V.12.56

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-70673  
**Case Name:** MICHAELS, RONALD PAUL  
**Taxpayer ID #:** **-***0697  
**Period Ending:** 04/18/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******3565 | Payment of bond premium | 9999-000 | 33.27 | | 33.27 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #10-70673, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 33.27 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #10-70673, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -33.27 | 33.27 |
| 06/08/10 | | From Account #9200******3565 | balance of bond premium | 9999-000 | 2.56 | | 35.83 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70673, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 35.83 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70673, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -35.83 | 35.83 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70673, Bond Premium #016018067 | 2300-000 | | 35.83 | 0.00 |
| 09/08/10 | | From Account #9200******3565 | Pay 7/3/10 year end fiduciary taxes | 9999-000 | 2,626.00 | | 2,626.00 |
| 09/08/10 | | From Account #9200******3565 | Pay Accountant fees | 9999-000 | 800.00 | | 3,426.00 |
| 09/08/10 | 104 | United States Treasury | Payment of 7/31/10 fiduciary taxes | 2810-000 | | 1,932.00 | 1,494.00 |
| 09/08/10 | 105 | Illinois Department of Revenue | Pymt of 7/31/10 fiduciary tax return | 2820-000 | | 694.00 | 800.00 |
| 10/01/10 | 106 | Sikich | Per Ct. Order 9/29 - pay acct. fees Voided on 10/04/10 | 3410-003 | | 800.00 | 0.00 |
| 10/04/10 | 106 | Sikich | Per Ct. Order 9/29 - pay acct. fees Voided: check issued on 10/01/10 | 3410-003 | | -800.00 | 800.00 |
| 10/04/10 | 107 | Benning Group, LLP | Per Ct. Order of 9/29/10 - pay accts. | 3410-000 | | 800.00 | 0.00 |
| 12/15/10 | | From Account #9200******3565 | | 9999-000 | 2,450.00 | | 2,450.00 |
| 12/17/10 | 108 | Ronald P. Michaels | Debtor's exemption on life insur. | 8100-002 | | 2,450.00 | 0.00 |
| 03/01/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.55 | | -0.55 |
| 03/01/11 | | From Account #9200******3565 | Distribution of checks pursuant to F. Rpt | 9999-000 | 34,229.33 | | 34,228.78 |
| 03/01/11 | 109 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,645.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,645.00 | 32,583.78 |
| 03/01/11 | 110 | JOSEPH D. OLSEN | Dividend paid 100.00% on $38.04, Trustee Expenses; Reference: | 2200-000 | | 38.04 | 32,545.74 |
| 03/01/11 | 111 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,519.06, Trustee | 2100-000 | | 4,519.06 | 28,026.68 |
| | | | Subtotals : | | $40,140.61 | $12,113.93 | |

{} Asset reference(s)

Printed: 04/18/2011 03:32 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-70673  
**Case Name:** MICHAELS, RONALD PAUL  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  

**Taxpayer ID #:** **-***0697  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Period Ending:** 04/18/11  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Compensation; Reference: | | | | |
| 03/01/11 | 112 | U S Small Business Administration | Dividend paid 1.36% on $897,770.10; Claim# 1; Filed: $897,770.10; Reference: | 7100-000 | | 12,277.39 | 15,749.29 |
| 03/01/11 | 113 | Resource Bank | Dividend paid 1.36% on $1,151,648.43; Claim# 2U; Filed: $1,151,648.43; Reference: | 7100-000 | | 15,749.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **40,140.61** | **40,140.61** | **$0.00** |
| | | | Less: Bank Transfers | | 40,141.16 | 0.00 | |
| | | | **Subtotal** | | **-0.55** | **40,140.61** | |
| | | | Less: Payments to Debtors | | | 2,450.00 | |
| | | | **NET Receipts / Disbursements** | | **$-0.55** | **$37,690.61** | |

Net Receipts : 40,140.61  
Less Payments to Debtor : 2,450.00  
Net Estate : $37,690.61  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******35-65 | 40,141.16 | 0.00 | 0.00 |
| Checking # 9200-******35-66 | -0.55 | 37,690.61 | 0.00 |
| | $40,140.61 | $37,690.61 | $0.00 |

{} Asset reference(s)  
Printed: 04/18/2011 03:32 PM   V.12.56